IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANNAN FOUNDATION,<br><br>        Plaintiff,<br><br>   v.<br><br>DENNIS M. GINGOLD,<br><br>        Defendant. | Civil Action No.<br>1:13-cv-1090 (TFH) |

**THE LANNAN FOUNDATION'S NOTICE OF WITHDRAWAL OF ITS MOTION TO SET STATUS CONFERENCE OR, IN THE ALTERNATIVE, TO LIFT STAY OF DISCOVERY**

The Lannan Foundation ("Lannan"), by its attorneys Mayer Brown LLP, hereby provides notice that in light of the parties' agreement to jointly seek a status conference on the status of the case and the potential impact of the recent opinion in *Cobell v. Jewell*, No. 14-5119 (D.C. Cir., Sept. 18, 2015), Lannan withdraws its Motion to Set Status Conference or, in the Alternative, to Lift Stay of Discovery (Dkt. # 43), filed in this action on September 10, 2015. This withdrawal is voluntary and without prejudice, and Lannan reserves all rights to renew its Motion and seek such relief as it deems warranted.

Dated:  September 24, 2015

                                    By:   /s/ Reginald R. Goeke
                                            REGINALD R. GOEKE, SBN # 453613
                                            rgoeke@mayerbrown.com
                                            ARCHIS A. PARASHARAMI, SBN # 477493
                                            aparasharami@mayerbrown.com
                                            CATHERINE A. BERNARD, SBN # 485127
                                            cbernard@mayerbrown.com

                                            MAYER BROWN LLP
                                            1999 K Street, N.W.
                                            Washington, DC  20006-1101
                                            Telephone:   (202) 263-3000
                                            Facsimile:    (202) 263-3300
                                            *Attorneys for Plaintiff Lannan Foundation*

**CERTIFICATE OF SERVICE**

I, Reginald R. Goeke, hereby certify that on September 24, 2015, I caused the Lannan Foundation's Notice of Withdrawal of Its Motion to Set Status Conference or, in the Alternative, to Lift Stay of Discovery to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record registered in this proceeding.

By:   /s/ Reginald R. Goeke
      REGINALD R. GOEKE

717845269